**Opinion issued February 26, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00162-CR

————————————

## IN RE RONALD LEE ALEXANDER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Ronald Lee Alexander, incarcerated[1] and proceeding pro se, filed a petition for a writ of mandamus[2] alleging that the trial court has "fail[ed] to do [its]

---

[1]    Relator appealed his conviction for the felony offense of capital murder, which was affirmed by this Court in 1999. *See Alexander v. State*, No. 01-98-00505-CR, 1999 WL 959235, at *4 (Tex. App.—Houston [1st Dist.] Oct. 21, 1999, no pet.) (not designated for publication).

[2]    In connection with his petition for writ of mandamus, relator filed a letter-motion for leave to file his petition for writ of mandamus. However, it is no longer necessary to file a motion for leave before filing a petition for writ of mandamus. *See* TEX. R. APP. P. 52.1.

administrative duty [by] not accepting and ruling on [relator's] pro se motions."[3] Relator's mandamus petition argued that because the trial court has failed to rule on unidentified motions he alleges to have filed, he has "been denied . . . access to courts" and his "right[] to be heard by the [trial] court." Relator's petition requested that this Court grant his request for mandamus relief and direct the trial court to "vacate the order of May 8th, 1998 . . . and grant relator [a] new trial based on . . . newly discovered exculpatory evidence."

Our review of relator's mandamus petition reflects that he has failed to establish that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3(l), 52.7(a)(1); *see also In re Powell*, 516 S.W.3d 488, 494–95 (Tex. Crim. App. 2017); *In re Gomez*, 602 S.W.3d 71, 73 (Tex. App.—Houston [14th Dist.] 2020, orig. proceeding). Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[3] The underlying case is *The State of Texas v. Ronald Lee Alexander*, cause number 779738, pending in the 176th District Court of Harris County, Texas, the Honorable Nikita V. Harmon presiding.